IN the INTEREST OF: N.B., a Minor

1684 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–51–DP–0000922–2016
(Philadelphia)

Remanded Jurisdiction Retained

COM.

v.

FLOYD, C.

1770 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–51–CR–0813171–1980
(Philadelphia)

Affirmed

DUFFY, J.

v.

DEMPSEY, B.

1942 EDA 2016

Superior Court of Pennsylvania.

03/29/2017
Reargument Denied 5/22/2017

2015–003629 (Delaware)

Vacated/Remanded

COM.

v.

MANN, J.

2204 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–15–CR–0003611–2005
(Chester)

Affirmed

COM.

v.

GRIFFIN, M

2366 EDA 2016

Superior Court of Pennsylvania.

03/29/2017

CP–23–CR–0004527–2004
(Delaware)

Affirmed